Jason Crews
1515 N Gilbert Rd #107-204
Gilbert, AZ 85234

US POSTAGE IMI 8495502171115048 2000393483
$4.01
SSK
FCM
02/17/25 Mailed from 85234 028W2311539
USPS FIRST-CLASS MAIL®
9.10 oz
RDC 99

SHIP TO: PHOENIX AZ 85003

(420) 85003

United States District Court District of Arizona -
Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

WED 19 FEB 2025
WVAZ RDC 850 ZIP

RECEIVED
FEB 2 0 2025
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA