IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Jason Crews, ) No. CV-25-00572-PHX-SPL
)
        Plaintiff, ) **ORDER**
vs. )
)
Allstate Corporation, )
)
        Defendant. )
)

Before the Court is a Motion to Allow Electronic Filing (Doc. 3) filed by *pro se* Plaintiff Jason Crews, in which he requests permission to electronically file and serve documents. The motion will be denied.

Electronic filing requires parties to code their filing so that they are properly docketed electronically. When electronically filed documents are not properly docketed, they are not easily retrievable by the Court on its case management reports. Therefore, because Plaintiff has not shown that he possesses the legal training necessary to properly file and docket matters in this case, his request will be denied. Accordingly,

**IT IS ORDERED** that the Motion to Allow Electronic Filing (Doc. 3) is **denied**.

Dated this 24th day of February, 2025.

                                          Honorable Steven P. Logan
                                          United States District Judge