IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>          Plaintiff,<br>vs.<br><br>Allstate Corporation,<br><br>          Defendant. | No. CV-25-00572-PHX-SPL<br><br>**ORDER** |

Having considered *pro se* Plaintiff's Motion for Reconsideration, and in light of Plaintiff's experience with electronic filing in previous proceedings (Doc. 10),

**IT IS ORDERED:**

1. That the Motion for Reconsideration (Doc. 10) is **granted**;

2. That Plaintiff shall have permission to file electronically using the Court's electronic filing system;

3. That Plaintiff is required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, and be able to electronically transmit documents to the court in .pdf;

4. That Plaintiff shall complete and submit the required form to register as a user with the Clerk of Court within **five (5) days** of the date of this Order;

5. That Plaintiff shall register as a subscriber to PACER (Public Access to

Electronic Records) within **five (5) days** of the date of this Order and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002; and

    6. That any misuse of the ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to the party.

    Dated this 7th day of March, 2025.

Honorable Steven P. Logan
United States District Judge