1  Name          _____
2  Bar #         _____
3  Firm          _____
   Address       _____
4                _____
5                _____
   Telephone     _____
6

7                 IN THE UNITED STATES DISTRICT COURT

8                    FOR THE DISTRICT OF ARIZONA

9

10                                        )
11                                        )
                                          )
12         Plaintiff,                     )
                                          )     **Case No.**
13         vs.                            )
                                          )     **Corporate Disclosure Statement**
14                                        )
                                          )
15         Defendant.                     )
                                          )
16  _____       )

17

18         This Corporate Disclosure Statement is filed on behalf of _____
    in compliance with the provisions of: *(check one)*
19
           ____  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20                action in a district court must file a statement that identifies any parent corporation
21                and any publicly held corporation that owns 10% or more of its stock or states that
                  there is no such corporation.
22         ____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23                party to a proceeding in a district court must file a statement that identifies any
24                parent corporation and any publicly held corporation that owns 10% or more of its
                  stock or states that there is no such corporation.
25         ____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26                alleged criminal activity is a corporation the government must file a statement
27                identifying the victim and the statement must also disclose the information required
                  by Rule 12.4(a)(1).
28

**The filing party hereby declares as follows:**

_____ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

_____ Other(please explain)

_____

_____

   **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

   Dated this _____ day of _____, _____.


   _____
                Counsel of Record



Certificate of Service: