| | |
|---|---|
| Name | Amanda E. Newman |
| Bar # | AZ 032462 |
| Firm | Dickinson Wright PLLC |
| Address | 1850 N. Central Ave, Suite 1400 |
| | Phoenix, AZ 85004 |
| Telephone | 602-285-5000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Jason Crews

    Plaintiff,

    vs.

The Allstate Corporation

    Defendant.

Case No. 2:25-cv-00572-SPL

**Corporate Disclosure Statement**

This **Corporate** Disclosure Statement is filed on behalf of **Allstate Insurance Company** in compliance with the provisions of (*check one*):

[✓] Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

_____ Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____ Relationship_____

☒ Other (please explain):
Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company. Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

☐ Diversity case. (Attach additional pages if needed.)

Party name and Party Role:                     State:

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  19th  day of  May           ,  2025  .

/s/ Amanda E. Newman
Counsel of Record

Certificate of Service:

I hereby certify that on May 19, 2025, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

    /s/ Amanda E. Newman