Jason Crews
1515 N Gilbert Rd Suite 107-204
Gilbert, AZ 85233
Telephone: (602) 295-1875
e-Mail: jason.crews@gmail.com

*In propria persona.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>The Allstate Corporation,<br><br>    Defendants. | Case No. 2:25-cv-00572-SPL<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF REQUEST FOR DOCUMENTS TO DEFENDANT**<br><br>Judge: Hon. Steven P. Logan |

Plaintiff hereby notifies the Court that service of Plaintiff's Notice of Plaintiff's Request for Documents has been effectuated to all The Allstate Corporation via their attorney of record on June 2, 2025.

Dated this June 20, 2025.

/s/ *Jason Crews*
Jason Crews
1515 N Gilbert Rd. #107-204
Gilbert, AZ 85234
jason.crews@gmail.com
(602) 295-1875

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.

**COPIES** of the forgoing served via mail this same date, upon:
Amanda E. Newman
1850 North Central Ave.
Suite 1400
Phoenix, AZ 85004


        /s/*Jason Crews*
_____

Jason Crews

2