Jason Crews
1515 N Gilbert Rd Suite 107-204
Gilbert, AZ 85233
Telephone: (602) 295-1875
e-Mail: jason.crews@gmail.com

*In propria persona.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>The Allstate Corporation,<br><br>    Defendants. | Case No. 2:25-cv-00572-SPL<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF PLAINTIFF'S REQUEST FOR INTERROGATORIES TO THE ALLSTATE CORPORATION**<br><br>Judge: Hon. Steven P. Logan |

Plaintiff hereby notifies the Court that service of Plaintiff's Notice of Plaintiff's Request of interrogatories to the Allstate Corporation has been effectuated to all Defendants via their attorney of record on June 2, 2025.

Dated this June 20, 2025.

                                                    /s/ *Jason Crews*
                                        Jason Crews
                                        1515 N Gilbert Rd. #107-204
                                        Gilbert, AZ 85234
                                        jason.crews@gmail.com
                                        (602) 295-1875

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.

**COPIES** of the forgoing served via mail this same date, upon:
Amanda E. Newman
1850 North Central Ave.
Suite 1400
Phoenix, AZ 85004


             /s/*Jason Crews*
            ─────────────────────

  Jason Crews

2