IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Allstate Corporation,<br><br>　　　　　Defendant. | No. CV-25-00572-PHX-SPL<br><br>**ORDER** |

Having reviewed the parties' Joint Rule 26(f) Case Management Report and Proposed Rule 16 Case Management Order,

**IT IS ORDERED** the Rule 16 Case Management Conference, presently set for July 25, 2025 before Honorable Steven P. Logan is **vacated**.

Dated this 3rd day of July, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　United States District Judge