Amanda E. Newman (#032462)
anewman@dickinsonwright.com
Turner S. Smith (#038889)
tssmith@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax:   (844) 670-6009
Firm Email: courtdocs@dickinsonwright.com
*Attorneys for Defendant Allstate Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>The Allstate Corporation,<br><br>　　　　　　Defendant. | Case No. 2:25-CV-00572-PHX-SPL<br><br>**Notice of Service of Initial Rule 26(a) Disclosure Statement** |

　　　　Defendant Allstate Insurance Company (incorrectly named as Allstate Corporation) ("Allstate"), hereby gives notice that they served Defendant's Initial Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1), by email and U.S. Mail, on July 22, 2025, on the following:

**Jason Crews**
**1515 N. Gilbert Road, Suite 107-204**
**Gilbert, Arizona 85233**
jason.crews@gmail.com
*Plaintiff*

-1-

**DATED** this 22nd day of July, 2025.

                            **DICKINSON WRIGHT PLLC**

                            By: */s/ Amanda E. Newman*
                                Amanda E. Newman
                                Turner S. Smith
                                1850 N. Central Avenue, Ste. 1400
                                Phoenix, AZ  85004-4568
                                *Attorneys for Defendant Allstate Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                            By:  */s/ Nicole Francini*
                                  an Employee of Dickinson Wright PLLC