Amanda E. Newman (#032462)
anewman@dickinsonwright.com
Turner S. Smith (#038889)
tssmith@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax:    (844) 670-6009
Firm Email: courtdocs@dickinsonwright.com
*Attorneys for Defendant Allstate Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>The Allstate Corporation,<br><br>　　　　　　Defendant. | Case No. 2:25-CV-00572-PHX-SPL<br><br>**DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY RESPONSES**<br><br>(Hon. Steven P. Logan) |

　　　　Defendant Allstate Insurance Company (incorrectly named as Allstate Corporation) ("Allstate") hereby gives notice that it served on Plaintiff Jason Crews its Responses and Objections to Plaintiff's First Set of Interrogatories and its Responses and Objections to Plaintiff's First Set of Requests for Production of Documents by email and U.S. Mail on July 30, 2025, to:

Jason Crews
1515 N. Gilbert Road, Suite 107-204
Gilbert, AZ 85233
jason.crews@gmail.com

-1-

**RESPECTFULLY SUBMITTED** this 30th day of July, 2025.

**DICKINSON WRIGHT PLLC**

By: *s/ Turner S. Smith*
Amanda E. Newman
Turner S. Smith
1850 N. Central Avenue, Ste. 1400
Phoenix, AZ  85004-4568
*Attorneys for Defendant Allstate Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

*s/ Christine Klepacki*
an Employee of Dickinson Wright PLLC