Amanda E. Newman (#032462)
anewman@dickinsonwright.com
Turner S. Smith (#038889)
tssmith@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax:    (844) 670-6009
Firm Email: courtdocs@dickinsonwright.com
*Attorneys for Defendant Allstate Insurance Company*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>                Plaintiff,<br>vs.<br><br>The Allstate Corporation,<br><br>                Defendant. | Case No. 2:25-CV-00572-PHX-SPL<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>(Hon. Steven P. Logan) |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby give notice of their stipulation of dismissal of this action, including all claims asserted herein, with prejudice, each party to bear its own costs and attorneys' fees. Pursuant to Rule 41(a)(1)(A), the dismissal shall be effective upon filing of this Stipulation; no Court order is necessary.

/ / /

/ / /

/ / /

-1-

**RESPECTFULLY SUBMITTED** this 16th day of October, 2025.

**DICKINSON WRIGHT PLLC**

By: *s/ Amanda E. Newman*
Amanda E. Newman
Turner S. Smith
1850 N. Central Avenue, Ste. 1400
Phoenix, AZ 85004-4568
*Attorneys for Defendant Allstate Insurance Company*


By: *s/ Jason Crews (with permission)*
Jason Crews
1515 N. Gilbert Road, Ste. 107-204
Gilbert, AZ 85234
*Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

*s/ Nicole Francini*
an Employee of Dickinson Wright PLLC