IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>            Plaintiff,<br>vs.<br><br>Allstate Corporation,<br><br>            Defendant. | No. CV-25-00572-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 29) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 28th day of October, 2025.

_____
Judge Dominic W. Lanza for Judge Steven P. Logan
United States District Judge